___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 5:25-cv-01477-JLS-SP                                        Date: August 8, 2025
Title: Gustavo Castro v. The Hillman Group, Inc. et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**         (IN CHAMBERS) ORDER TO SHOW CAUSE

On June 20, 2025, the Court set a scheduling conference for August 8, 2025, and ordered counsel to "file a Joint 26(f) Report . . . no later than 14 days before the date set for the scheduling conference." (Doc. 10 ¶ 1.) The parties failed to comply with the Court's Order.

On its own motion, therefore, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or issue monetary sanctions for counsel's failure to submit a Joint Rule 26(f) Report. **No later than SEVEN DAYS FROM THE ENTRY OF THIS ORDER** the parties shall submit a Joint Rule 26(f) Report and a separate written response explaining why they have failed to comply with the Court's filing deadlines.

The Court VACATES the Scheduling Conference. The Court will issue a scheduling order based upon the parties' Joint Rule 26(f) Report.

**IT IS SO ORDERED.**

                                                                                Initials of Deputy Clerk: kd